**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6600**

———————

AINSWORTH C. JACKSON,

                              Petitioner - Appellant,

        versus

UNITED STATES PAROLE COMMISSION,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-3081-AW)

———————

Submitted:  September 22, 2006      Decided:  October 2, 2006

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ainsworth C. Jackson, Appellant Pro Se.  Jennifer A. Wright,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ainsworth C. Jackson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Jackson's motion for a copy of the appellate record, and we affirm for the reasons stated by the district court. See <u>Jackson v. U.S. Parole Comm'n</u>, No. CA-04-3081-AW (D. Md. filed & entered Mar. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>